# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
LIBORIUS I. AGWARA, BAR NO. 7576.

No. 70360

**FILED**

JUL 13 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER OF REFERRAL TO DISCIPLINARY BOARD*

This is a petition under SCR 111(4) concerning attorney Liborius I. Agwara, based on his conviction for one misdemeanor count of battery. Agwara has filed a response to the petition. As this crime does not satisfy the criteria set forth in SCR 111(6) for which a temporary suspension is mandatory, temporary suspension and referral to the disciplinary board are discretionary with this court. SCR 111(9).

While we decline to impose an immediate temporary suspension, the seriousness of a battery conviction cannot be minimized. Therefore, pursuant to SCR 111(9), we refer this matter to the appropriate disciplinary board for such action, if any, it may deem warranted under our rules or any other rules that pertain to the conduct of attorneys. *Id.*

It is so ORDERED.

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

16-21846

cc: C. Stanley Hunterton, Bar Counsel, State Bar of Nevada
William B. Terry, Chartered
Kimberly K. Farmer, Executive Director, State Bar of Nevada

SUPREME COURT
OF
NEVADA

(O) 1947A